THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD MEAGAN, Appellant.—Judgment of the County Court, Westchester County, rendered January 6, 1975, affirmed. No opinion. This case is remitted to the

County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, Acting P. J., Shapiro, Titone and O'Connor, JJ., concur.